AO 456s (Rev. 8/01)  Notice

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

ANDREA L. NGO

                              Case Number:   1:00-cv-00961

       V.

CITY OF CINCINNATI, et al.,          Senior District Judge S. Arthur Spiegel

### NOTICE

**TAKE NOTICE** that STATUS CONFERENCE in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| Potter Stewart U.S. Courthouse<br>100 East Fifth Street<br>Cincinnati, Ohio 45202 | Room 838 |
| | DATE AND TIME |
| | OCTOBER 15, 2003 at 3:00 PM |

 

KENNETH J. MURPHY, CLERK

s/Kevin Moser  
Kevin Moser  
Case Manager  
(513) 564-7620

cc: David Hardin, Esq.     Richard Ganulin, Esq.     Mark Vollman, Esq.

---

You can obtain all the pretrial procedures and forms used by the Judge by visiting our website at

www.ohsd.uscourts.gov

Click on Judges and then on Procedures and Forms beside the Judge's address.

If you do not have the ability to access the Website for the Judge's procedures and forms, please contact me.