IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| ANDREA L. NGO, | : | CASE NO. C-1-00-961 |
| Plaintiff, | : | Judge Spiegel |
| | : | |
| vs. | : | |
| CITY OF CINCINNATI, et al. | : | **NOTICE OF SUBSTITUTION OF COUNSEL** |
| Defendants. | : | |

Pursuant to United States District Court, Southern District of Ohio Local Rule 4.3(e), now comes Augustine Giglio, Assistant City Solicitor, and hereby gives notice of his substitution for Richard Ganulin, Assistant City Solicitor, as counsel for defendant City of Cincinnati. This substitution is made with the knowledge and consent of Julia L. McNeil, City Solicitor for the City of Cincinnati.

    Respectfully submitted,

    **JULIA L. McNEIL (0043535)**
    City Solicitor
    *Augustine Giglio*
    AUGUSTINE GIGLIO **(0031911)**
    Assistant City Solicitor
    Room 214, City Hall
    801 Plum Street
    Cincinnati, Ohio 45202
    (513) 352-3339
    FAX: (513) 352-1515
    Email: gus.giglio@cincinnati-oh.gov
    Trial Counsel for Defendant City of
    Cincinnati

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 28, 2004, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system that will send notification of such filing to the attorneys listed below:

| | |
|---|---|
| David E. Hardin | Mark C. Vollman |
| Attorney for Plaintiff | Attorney for Defendant |
| Hardin, Lefton, Lazarus & Marks | Board of County Commissioners, |
| 915 Cincinnati Club Place | Hamilton County |
| 30 Garfield Place | Hamilton County Prosecutor's Office |
| Cincinnati, Ohio 45202 | 230 East Ninth Street |
| | Suite 4000 |
| | Cincinnati, Ohio 45202 |

/s/ Augustine Giglio
**AUGUSTINE GIGLIO (0031911)**
Assistant City Solicitor