# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974; See Privacy Act Statement before completing this form.

| AGENCY | CHARGE NUMBER |
|---|---|
| ☐ FEPA<br>☒ EEOC | 221A00639 |

Ohio Civil Rights Commission _____ and EEOC
*State or local Agency, if any*

**NAME** (Indicate Mr., Ms., Mrs.)
Ms. Andrea L. Ngo

**HOME TELEPHONE** (Include Area Code)
(513) 921-5152

**STREET ADDRESS** — **CITY, STATE AND ZIP CODE**
1697 Atson Lane, Cincinnati, OH 45205

**DATE OF BIRTH**
04/20/1934

**NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME** (If more than one list below.)

**NAME**: CINCINNATI, CITY OF
**NUMBER OF EMPLOYEES, MEMBERS**: Cat D (501 +)
**TELEPHONE** (Include Area Code): (513) 557-7000
**STREET ADDRESS** — **CITY, STATE AND ZIP CODE**: Metropolitan Sewer District, 1081 Woodrow, Cincinnati, OH 45204
**COUNTY**: 061

**CAUSE OF DISCRIMINATION BASED ON** (Check appropriate box(es))
☒ RACE  ☐ COLOR  ☒ SEX  ☐ RELIGION  ☒ NATIONAL ORIGIN
☐ RETALIATION  ☒ AGE  ☐ DISABILITY  ☐ OTHER (Specify)

**DATE DISCRIMINATION TOOK PLACE**
EARLIEST: 11/04/1999    LATEST: 07/11/2000
☐ CONTINUING ACTION

**THE PARTICULARS ARE** (If additional space is needed, attach extra sheet(s)):

I. I am being given different terms and conditions of employment in regards to plants in my work area, denial of a printer replacement, not repairing my computer, assignment of additional work, and lowered Performance Appraisal (June 2, 2000). I was also given a written reprimand on November 4, 1999, and marked as absent without leave (AWL) on May 30, 2000 ① → (See attached)

II. Tara Williams (Chemist I, Black female American, about age 41), gave me a written reprimand on November 4, 1999, and charged with insubordination for failure to comply with a direct order to me remove my plants. Mike Nalley (Computer Specialist, White male American, about age 33) told me my computer was going to be replaced. Ms. Williams gave me a lowered appraisal for failure to follow directives. Beverly Head (Superintendent, Black female American, about age 50) told me she would see if my AWL was (2 bis) corrected or not and that it does take time. ②

III. I believe I have been discriminated against because of my race Asian, national origin Vietnamese, and sex female in violation of Title VII of the Civil Rights Act and because of my age 66 in violation of the Age Discrimination in Employment Act.

☐ I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or telephone number and cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the foregoing is true and correct.

Date _____ Charging Party (signature) _____

**NOTARY** - (When necessary for State and Local Requirements)

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

SIGNATURE OF COMPLAINANT
*Andrea L. H. Ngo*

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(Month, day and year)
August 10, 2000

EEOC FORM 5 (Rev. 06/99)

CHARGING PARTY COPY