STATE OF __OHIO__                                    CASE NAME __Ngo vs CINCINNATI, C__

CITY/COUNTY OF __Cincinnati/Hamilton__               CASE NUMBER __221A00639__

# AFFIDAVIT

I, __Andrea L. Ngo__ being first duly sworn upon my oath affirm and hereby say:
(Name)

I have been given assurances by an Agent of the U.S. Equal Employment Opportunity Commission that this Affidavit will be considered confidential by the United States Government and will not be disclosed as long as the case remains open unless it becomes necessary for the Government to produce the affidavit in a formal proceeding. Upon the closing of this case, the Affidavit may be subject to disclosure in accordance with Agency policy.

I am __66__ years of age, my gender is __Female__ and my racial identity is __Asian Or Pacific__.
                                          (sex)                                  (race)

I reside at __1697 Atson Lane__,
                    (Number/Street)

City of __Cincinnati__, County of __Hamilton__,

State of __OH__, Zip Code __45205__.

My telephone number is (Including area code) __(513) 921-5152__.

My statement concerns __CINCINNATI, CITY OF__ which is
                        (Name of Union/Company/Agency)

located at __Metropolitan Sewer District, 1081 Woodrow__,
              (Number/Street)

in __Cincinnati__      __OH__      __45204__.
      (City)           (State)     (Zip)

My job classification is (If applicable) __Lab Technician II__.
                                            (job title)

My immediate supervisor is (If applicable) __Tara Williams, Chemist I__.
                                             (Name)        (job title)

This organization provides sewer testing for the City of Cincinnati. There are more than 500 employees with the City of Cincinnati. ③

I was hired on May 22, 1995, as a Lab Technician I and after 6 months I was promoted to Lab Technician II.

I have been subjected to different terms and conditions of employment in regards to plants in my work area. On October 19, 1999, I was issued a memo by Tara Williams (Chemist I, my supervisor, Black female American, about age 41) that no plants were to be placed on the countertops in the laboratory room 216. On that same date, Ty Gouda (Chemist Supervisor, male from Egypt, about age 60) issued a similar memo to everyone that all plants should be placed on window sills or desks, not on lab benches because they may create a safety hazard. (3bis)

I did not remove my plants. Every year for the last 5 years, I have brought my plants into lab during the winter. Other Lab Technicians also had plants on their benches: Debby Newman (Lab Technician III, ④ White female American, about age 40-45), ~~Annie Sierra (Lab Tech II, Puerto Rican female, about age 40)~~, Louise Shramm (Lab Tech II, White female American, under age 40), and Kathy Jackson (~~Lab Tech II demoted from~~ Lab Tech III, Black female, under age 40). ⑤ Only I was given a   4bis

_____ Page 1 of _____
(initials)