Aug 10 10:54 2000   CP Initials _____   Chg # 221A00639, Attachment Page 1

---
Equal Employment Opportunity Commission
Affidavit, Additional Text
---

Ms. Williams will make me do this in the future. She has also given me the duty of entering the data to the Laboratory Information Monitoring System (LIMS) which is really her job. I am still having to do this.

In 1999, Ms. Williams gave me a Superior evaluation advising that I was an excellent Technician. On June 2, 2000, she gave me a Does Not Meet Explectations on Rules and Regulations for failure to follow directives and insubordination when I refused to remove my plants from my working area. I do not use that bench where the plants were, nor does anyone else use that bench.

I had permission to be off work on May 25 and May 26, 2000. My pay period report for May 30, 2000, shows that these 2 days have been marked as AWL (Absent Without Leave). I did bring in a doctor's statement to cover both of these days. When I asked Beverly Head about this, she told me she would she if it would be correctedd or not since it was marked AWL and why I have not been paid for these 2 days. She said she would see if it is corrected or not and that it takes time. I am not sure if anyone else has been incorrectly marked as AWL on that pay period, but they have been incorrectly marked as AWL on other pay periods. Many of these are not corrected. Annie Sierra has complained about this; it was not changed even after she wrote a grievance. Gerald Beverly also had a problem; this is one of the reasons he is suing the City.

They have not made any bias statements regarding my race, national origin, sex, or age. Ty Gouda and Dennis Madden (Manager of Budget, White male American, about age 50-55) have asked when I was going to be retiring.

I believe Kathy Jackson will be a witness for me. She is a Union Representative. Her number is 513.557.7037 at work. Robert Hill (Lab Technician II of MSD, Black male American, about age 45) is at 851.3928 (home). He is a Union Representative. He has said that the managers lie all the time and discriminate against us.

Kathy Jackson and Gerald Beverly have told me that they have already filed and been given their Notice of Right to Sue.

Many people working in this section are unhappy. Four Chemists and seven Technicians have left and are not being replaced. We have to do our work and theirs.

I am seeking that the written reprimands be removed from my file, that I