Aug 10 10:54 2000    CP Initials _____    Chg # 221A00639, Attachment Page 2

be paid for the two days sick leave and the AWL be changed to 2 sick days, that my performance appraisal be increased to does meet Rules and Regulations, a working printer, Tara Williams return to doing her duty of entering the data to the LIMS, an offical apology sent to everyone from Mrs. Head regarding my plants, to have plants on my desk and for all the Technicians to have them on benches that are not being used for laboratory reasons and any and all other remedies allowed under the law.