**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | | |
|---|---|---|
| ANDREA L. NGO, | : | CASE NO. C-1-00-961 |
| Plaintiff, | : | Judge Spiegel |
| | : | |
| vs. | : | |
| CITY OF CINCINNATI, et al. | : | **NOTICE OF SUBSTITUTION OF COUNSEL** |
| Defendants. | : | |

Pursuant to United States District Court, Southern District of Ohio Local Rule 4.3(e), now comes Augustine Giglio, Assistant City Solicitor, and hereby gives notice of his substitution for Mark C. Vollman, Assistant County Prosecutor, as counsel for Defendant Board of County Commissioners of Hamilton County Ohio.

Respectfully submitted,

**JULIA L. McNEIL (0043535)**
City Solicitor
  *Augustine Giglio*
AUGUSTINE GIGLIO **(0031911)**
Assistant City Solicitor
Room 214, City Hall
801 Plum Street
Cincinnati, Ohio 45202
(513) 352-3339
FAX: (513) 352-1515
Email: gus.giglio@cincinnati-oh.gov
Trial Counsel for Defendant City of Cincinnati

## **CERTIFICATE OF SERVICE**

      I hereby certify that on January 28, 2004, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system that will send notification of such filing to the attorneys listed below:

| | |
|---|---|
| David E. Hardin | Mark C. Vollman |
| Attorney for Plaintiff | Attorney for Defendant |
| Hardin, Lefton, Lazarus & Marks | Board of County Commissioners, |
| 915 Cincinnati Club Place | Hamilton County |
| 30 Garfield Place | Hamilton County Prosecutor's Office |
| Cincinnati, Ohio 45202 | 230 East Ninth Street |
| | Suite 4000 |
| | Cincinnati, Ohio 45202 |

                                            */s/ Augustine Giglio*
                                            **AUGUSTINE GIGLIO (0031911)**
                                            Assistant City Solicitor