EXCEPTIONAL APPOINTMENT  2:30

AN EQUAL OPPORTUNITY EMPLOYER

APPLICATION FOR EMPLOYMENT

OPEN TO THE PUBLIC

CITY OF CINCINNATI

Civil Service Commission
Room 15, City Hall, 801 Plum Street, Cincinnati, OH  45202


EXHIBIT 1

Fill out completely.

YOUR FULL NAME: (Print) ANDREA       L. H.      NGO       Soc. Sec. No
                          (first)  (middle initial) (last)

YOUR ADDRESS: 2930 SCIOTO STREET #909 CINCINNATI OH  ZIP CODE: 45219
              (street address)  (apt./box)  (city)  (state)

TELEPHONE NUMBER: (Day) 513-556-7474   (Other times) 829-5033
(Note: Changes in address and phone number must be reported to this office promptly.)

1. TITLE OF POSITION APPLIED FOR: LABORATORY TECHNICIAN 1 (METRO. SEWER DISTRICT)

2. HAVE YOU WORKED FOR THE CITY OF CINCINNATI IN THE LAST TWO YEARS?
   YES____ NO_X_

3. HAVE YOU FAILED OR WITHDRAWN FROM THE SAME OR SIMILAR EXAM WITHIN
   THE PAST SIX MONTHS?  YES____ NO_X_

4. ARE YOU AT LEAST 18 YEARS OF AGE?   YES_X_ NO____

5. a. DO YOU HAVE A VALID DRIVER'S LICENSE?  YES_X_ NO____

   b. DO YOU HAVE A VALID COMMERCIAL DRIVER'S LICENSE? YES____ NO_X_

6. DO YOU HAVE A VALID PROFESSIONAL LICENSE?  YES____ NO_X_

   LICENSE NO. N/A                         TYPE    N/A

7. DO YOU REQUEST ANY REASONABLE ACCOMMODATION? NO

8. VETERAN'S CREDIT ON OPEN-TO-THE-PUBLIC EXAMS:
   (Ask the Personnel Office for complete details)

   a. You must submit a copy of your DD 214 in order to be considered for 5 extra points for being an honorably
      discharged veteran.
   b. You must submit a copy of your DD 214 and an official statement from the Veteran's Administration in order to be
      considered for 10 extra points for having service-connected disability of 10% or greater and for being
      an honorably discharged veteran.

DO NOT WRITE BELOW THIS LINE  copy attached

Application Accepted:           YES____ NO____    Driver's License Shown:      YES_✓_ NO____
Honorable Discharge Shown:      YES____ NO____    Commercial License Shown:    YES____ NO____
Veteran's Disability Shown:     YES____ NO____    Official Transcript Received: YES____ NO____
Professional License Shown:     YES____ NO____

EXP 4-20-97

NOTE:   STAFF MEMBERS PLEASE INITIAL



**Request for Special Examiner.**
- Joe Walter for the Civil Engineering Technician 3 exam



**Request from the Metropolitan Sewer District that the position of Chemist be advertised as open-to-the-public/exceptional appointment.**
The staff recommended that if there were qualified eligible employees within the City Service, the promotion would be more appropriate. Ms. Head indicated that the position has traditionally been filled using the exceptional process, but most often resulted in appointing individuals within MSD. Several employees indicated that they wished a promotional process be utilized. The Commission approved announcing the vacancy as a promotional to determine the number of eligible candidates within MSD and the City.

**Request from the Metropolitan Sewer District to add a Wastewater Collection Supervisor and two Engineering Technical Supervisors to their table of organization.**
The staff recommended approval of this request. After review and discussion, the Commission approved the request. This decision was based on the fact that the staff has reviewed the duties and level of responsibility and believes that these classifications are appropriate for the work performed. Budget approval will have to be obtained from the Office of Budget & Evaluation.

**Request from the Water Works Department to add an Electronic Technician 1 and an Electronic Technician 2 to their table of organization.**
The staff recommended approval of this request. After review and discussion, the Commission approved the request. This decision was based on the fact that the staff has reviewed the duties and level of responsibility and believes that these classifications are appropriate for the work performed. Budget approval will have to be obtained from the Office of Budget & Evaluation.

**Request from Joe Harrison, AFSCME president, and Maurice Patmon, Welder Helper, to address the Commission regarding the fact that the Welder position was announced open-to-the-public.**
The staff indicated that the position was announced open to the public because there was concern that there were not enough eligible candidates within the City. There was also a question raised regarding the CDL requirements. The Commission directed the staff to research the CDL issue first. After a determination is made as to whether it is required, we can determine if enough internal candidates are available for promotion. If so, the staff recommended a promotional process first followed by an open process if necessary.

**Request from Bryan Schmitt to address the Commission regarding the fact that Facilities Management is planning to underfill a Senior Accountant position with an Accountant.**
The staff recommended no action other than to determine that the person filling the position would perform work at the appropriate level. The Civil Service Commission cannot prohibit underfilling as long as the person is not performing duties outside the proper classification.

**Request from the Metropoitan Sewer District to waive the qualifications for Sewers Chief Engineer and to temporarily promote Edward Kesterman into that position.**
The staff recommended approval of this request. After review and discussion, the Commission approved the request. This decision was based on the fact that there are not three eligible employees who meet the minimum time in grade for promotion. MSD has requested to allow the next lower level Engineer to also be considered which would give them four qualified candidates to choose from. Waiving of the qualifications will be on a one-time only exception.

**Request from the Health Department to fill the Nursing Director position through the open-to-the-**



# CINCINNATI CIVIL SERVICE

## Promotional Eligible List

| | |
|---|---|
| Exam Title: | **LAB TECH 3** |
| Examination No: | **99 - 48** |
| Date Held: | **SEPTEMBER 28, 1999** |
| Approved and Posted: | **OCTOBER 18, 1999** |
| Expiration Date: | **OCTOBER 17, 2001** |

EXHIBIT 3

| | |
|---|---|
| Applicants | 11 |
| Rejects | 2 |
| Competitors | 7 |
| Passers | 5 |
| Failures | 2 |
| Failed to Appear | 2 |
| Withdrew | 0 |

| Rank | Grade | Name | Dept/Div | Race/Sex | Certifications | Date Promoted |
|---|---|---|---|---|---|---|
| 1. | 86.59 | KATHY M GORDON-JACKSON | MSD | BF | | |
| 2. | 81.61 | DEBORAH C NEWMAN | MSD | WF | | |
| 3. | 77.53 | ANDREA L NGO | MSD | OF | | |
| 4. | 72.43 | TIMOTHY P O'KANE | MSD | WM | | |
| 5. | 72.43 | NANCY A WENISCH | MSD | WF | | |

Form 8 Stores OORI

CITY OF CINCINNATI #2

REQUISITION, CERTIFICATION AND APPOINTMENT

Date 1/12/99

Department: Sewers    Division: Industrial Waste    Section: _____

| CLASS TITLE | NO. NEEDED | DATE NEEDED |
|---|---|---|
| Laboratory Technician 3 | 2 | ASAP |

| SALARY | TYPE OF APPOINTMENT | IF SEAS. OR TEMP. FOR HOW LONG? | OFFICIAL TO BE CONTACTED OR NOTIFIED |
|---|---|---|---|
| $1159.28 | [X] Permanent  [ ] Seasonal  [ ] Temporary | | NAME / LOCATION: DonnA Rueve<br>TELEPHONE NO.: 244-1303 |

JOB. NO. (CAUSE & DATE OF VACANCY)
290-001; 290-003

I certify that funds for this purpose are available and no additional appropriations will be requested.

DIVISION HEAD: Beverly B Head 1/22/99

DEPARTMENT HEAD: [signature]

'99 JAN 28 PM 1:36

**CERTIFICATION**

ELIGIBLE LIST USED: [ ] Original  [X] Promotional  [ ] Lay-Off  [ ] OTHER (SPECIFY) _____

DATE: 10-20-99

| DATE STARTING | RANK | NAME | | ADDRESS | PHONE |
|---|---|---|---|---|---|
| | | CITY WIDE/DIVISION 1 | | | |
| | 1. | Kathy M. Gordon-Jackson | BF | MSD | |
| | 2. | Deborah C. Newman | WF | MSD | |
| | 3. | Andrea L. Ngo | OF | MSD | |
| | 4. | Timothy P. O'Kane | WM | MSD | |

EXHIBIT 4

*If not appointed, indicate:
(DR): Declined-Retain.
(FTR): Failed to report.
(FP): Failed physical.
(R): Retain on list (explain)

THESE APPLICANTS HAVE BEEN NOTIFIED TO REPORT TO YOU FOR AN INTERVIEW NOT LATER THAN _____

jm

[signature]

To the Civil Service Commission: From the above certification, the individuals named are hereby appointed subject to satisfactory physical examination, for a probationary period. They shall begin performing their duties in the position to which they have been appointed on the date noted to the left of their name.

Recommended By:

_____    _____
Division Head                Department Head

Approved By:

_____
Appointing Authority or Executive Officer
of Appointing Board or Commission

Date _____

WHITE-CIVIL SERVICE, GREEN-DEPT. CANARY-DIVISION, PINK-CIVIL SERVICE MEMORANDUM, GOLDENROD-DIVISION MEMORANDUM.

# CINCINNATI CIVIL SERVICE



EXHIBIT
5

## Promotional Eligible List

### Chemist
Examination Number: 01-07
Date Held: March 8, 2001
Approved and Posted: March 28, 2001
Expiration Date: March 27, 2003

| RANK | GRADE | NAME | DEPT./DIVISION | RACE/SEX |
|---|---|---|---|---|
| 1. | 82.67 | Louise Schramm | MSD | WF |
| 2. | 80.63 | Diane Warrington | MSD | WF |
| 3. | 76.63 | Michael Tyree | Water Works | WM |
| 4. | 76.43 | Deborah Newman | MSD | WF |
| 5. | 75.43 | Ben Cohee | MSD | WM |
| 6. | 74.59 | Michelle Nelson | MSD | WF |
| 7. | 73.15 | Leif Haydon | MSD | WM |
| 8. | 72.31 | Catherine Simpson | MSD | WF |
| 9. | 68.55 | Gail M. Long-Cook | Health | WF |
| 10. | 65.55 | Andrea L. Ngo | MSD | OF |

| Applicants = 30 | Rejects = 1 | Competitors = 23 | Passers = 10 | Failed Written = 13 | Failed to Appear = 6 | Withdrew = 0 |
|---|---|---|---|---|---|---|

http://citynet.rcc.org/pers/chemel01.htm                                   4/20/01