

DEA #
Dante S. Raneses, M.D.
Alfredo S. Suntay, M.D.
5944 Colerain Avenue
Cincinnati, OH 45239
513-385-4757  Fax: 513-385-9465

NAME: ANDREA NGO
ADDRESS: _____  DATE: 7/05/02

R (Please Print)

To whom this may concern
This is to certify that
ANDREA NGO SS# 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
has been coming to our
office since Sept. 99 because
of stress-related medical
problems, mostly
work related.

LABEL ☐
REFILL ____ TIMES   NR
                                                M.D.

TO INSURE BRAND NAME DISPENSING PRESCRIBER MUST WRITE "DISPENSE AS WRITTEN"
OR "D.A.W." ON THE PRESCRIPTION