```
Report ID: C_POS001                              City of Cincinnati                                      Page No.  39
                                                                                                          Run Date 03/26/2004
                                       ACTIVE APPROVED POSITION STATUS REPORT                             Run Time 07:16:45

                           Position  Position  Effective                          Position Incumbent Max.Head         Employee
DeptID    Department       No.       Status    Date       Position Title          Fund     Fund      Count  Jobcode   Id      FTE  Incumbent Name


4604000   DIW-Laboratory   00054015  Approved  01/01/1951  Chemist                701      701              054       12041   1    Power,Karl P
          DIW-Laboratory   00054016  Approved  01/01/1951  Chemist                701      701              054       12042   1    Williams,Tara J
          DIW-Laboratory   00054017  Approved  01/01/1951  Chemist                701      701              054       14271   1    Garg,Achal
          DIW-Laboratory   00054018  Approved  01/01/1951  Chemist                701      701              054       12065   1    Wright,Terry W
          DIW-Laboratory   00054019  Approved  01/01/1951  Chemist                701      701              054       12068   1    Harney,Wanda I.
          DIW-Laboratory   00054021  Approved  02/20/2000  Chemist-EXM            701                                          1
          DIW-Laboratory   00054022  Approved  02/20/2000  Chemist-EXM            701      701              054       12064   1    Jordan,Diana L.
          DIW-Laboratory   00054023  Approved  02/20/2000  Chemist-EXM            701      701              054       12097   1    Warrington,Diane G.
          DIW-Laboratory   00284003  Approved  01/01/1951  Senior Chemist         701      701              284       12043   1    Boyle,James R.
          DIW-Laboratory   00284027  Approved  01/01/1951  Senior Chemist         701      701              284       12067   1    Davis,James E.
          DIW-Laboratory   00286001  Approved  01/01/1951  Supervising Chemist    701      701              286       12069   1    Gouda,Tayseer A.
          DIW-Laboratory   00289001  Approved  01/01/1951  Laboratory Technician 2 701     701              289       19549   1    Johnson,Kimberly R.
          DIW-Laboratory   00289002  Approved  01/01/1951  Laboratory Technician 2 701     701              289       12071   1    Gikhman,Yevsey
          DIW-Laboratory   00289003  Approved  01/01/1951  Laboratory Technician 2 701     701      2       288       20515   0.5  Pearson,Anicka L
          DIW-Laboratory   00289005  Approved  01/01/1951  Laboratory Technician 2 701     701              288       22360   0.5  Guard,Jennifer M
          DIW-Laboratory   00289006  Approved  01/01/1951  Laboratory Technician 2 701     701              289       19498   1    Tramble,Natasha A.
          DIW-Laboratory   00289007  Approved  01/01/1951  Laboratory Technician 2 701     701              289       12076   1    O'Kane,Timothy P.
          DIW-Laboratory   00289009  Approved  01/01/1951  Laboratory Technician 2 701                                         1
          DIW-Laboratory   00289018  Approved  01/01/1951  Laboratory Technician 2 701     701              289       12087   1    Ngo,Andrea L.
          DIW-Laboratory   00289020  Approved  01/01/1951  Laboratory Technician 2 701     701              289       12089   1    Wenisch,Nancy A
          DIW-Laboratory   00289023  Approved  01/01/1951  Laboratory Technician 2 701     701              289       12092   1    Beverly,Gerald L
          DIW-Laboratory   00290001  Approved  01/01/1951  Laboratory Technician 3 701     701              290       12099   1    Burgess,Jeffrey P.
          DIW-Laboratory   00290996  Approved  01/01/1951  Laboratory Technician 3 701     701              290       12070   1    Gordon-Jackson,Kathy
          DIW-Laboratory   00290997  Approved  01/01/1951  Laboratory Technician 3 701     701              290       12075   1    Newman,Deborah C.

                                                          End of Report
```