Home > Administer Workforce > Administer Workforce (GBL) > Inquire > **Job Summary**    New Window

## Job Summary

O'Kane, Timothy P.            Employee            **EmplID:** 12076            **Empl Rcd#:** 0

Job Information                                                                View All    First ◀ 1

| General | Job Information | Work Location | Compensation |

| Eff Date | Sequence | Position | Company | DeptID | Sal Plan | Grade | Pay Group | Fre |
|---|---|---|---|---|---|---|---|---|
| 08/03/2003 | 0 | Lab Tech 2 | CIN | DIW- Lab | D1 | 289 | GEN | Biw |
| 08/04/2002 | 0 | Lab Tech 2 | CIN | DIW- Lab | D1 | 289 | GEN | Biw |
| 08/05/2001 | 0 | Lab Tech 2 | CIN | DIW- Lab | D1 | 289 | GEN | Biw |
| 08/06/2000 | 0 | Lab Tech 2 | CIN | DIW- Lab | D1 | 289 | GEN | Biw |
| 08/08/1999 | 0 | Lab Tech 2 | CIN | DIW- Lab | D1 | 289 | GEN | Biw |
| 11/20/1994 | 0 | Lab Tech 2 | CIN | DIW- Lab | D1 | 289 | GEN | Biw |

Return to Search