UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

ANDREA L. NGO,                    :       No. 1:00-CV-00961

    Plaintiff,                        :

vs.                                       :       <u>ORDER OF TRANSFER</u>

CITY OF CINCINNATI, et al.,       :

    Defendants.                       :


The above-captioned case is hereby transferred from the docket of The Honorable S. Arthur Spiegel to the docket of The Honorable Michael H. Watson.

    SO ORDERED.


                s/S. Arthur Spiegel
                S. Arthur Spiegel
                United States Senior District Judge


                s/Michael H. Watson
                Michael H. Watson
                United States District Judge