**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | |
|---|---|
| **ANDREA L. NGO** | **Cases No. C-1-00-961** |
| **Plaintiff,** | **Judge Watson** |
| **v.** | |
| **CITY OF CINCINNATI, et al.,** | **JOINT STATUS REPORT** |
| **Defendants.** | |

In response to the Court's Order of October 14, 2004, (Doc No. 32), the parties,

through counsel, respectfully submit this Joint Status Report.

### 1.    Nature of the Case and Brief Description of Claims Asserted.

Plaintiff's claims are brought under Title VII alleging she was the victim of

various age, sex, and nationality-based discrimination while employed for the

Metropolitan Sewer District (MSD).Plaintiff has brought her claims against various

Defendants including the City of Cincinnati, The Board of County Commissioners, The

Individual superintendent of the Industrial Waste Division of MSD and unnamed John &

Jane Does.

### 2.    Efforts to Settle, Pre-and Post-Filing of Complaint.

The parties have not engaged in fruitful discussions to settle these claims to date.

### 3.    Scheduled Dates.

There are no presently schedule dates in this matter. This case had been scheduled

for a Pre-Trial Conference on November 3, 2004 and a trial date of December 14, 2004

before this case was transferred.

1

2

4.        **Any Other Case-Related Issues Deemed Relevant By Counsel, Jointly**.

Defendants filed a Motion to Dismiss in response to Plaintiff's First Amended

Complaint on March 10, 2004. After the Court granted leave for Plaintiff to file a Second

Amended Complaint, filed on March 26, 2004, the Defendants submitted a supplemental

memorandum supporting their Motion to Dismiss on April 5, 2004. Among the multiple

defenses raised in support of Dismissal is the defense of Qualified Immunity. The

Plaintiff submitted her response on September 13, 2004 and the Defendants filed their

Reply Memorandum on September 22, 2004. This Motion to Dismiss is presently

pending before this Court.


/s/ *David E. Hardin*                              /s/*Augustine Giglio*

_____                    _____
**David E. Hardin (0066415)**                **Augustine Giglio (0031911)**
Trial Attorney for Plaintiff                      Trial Attorney for Defendants
Hardin, Lefton, Lazarus & Marks           Assistant City Solicitor
915 Cincinnati Club Place                      Room 214, City Hall
30 Garfield Place                                  801 Plum Street
Cincinnati, Ohio 45202                          Cincinnati, Ohio 45202