UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Andrea L. Ngo,
    Plaintiff(s),

    v.                                              Case No. 1:00cv961
                                                    (Watson, J.)

City of Cincinnati, et al.,
    Defendant(s).

---

**NOTICE**

---

    Please take notice that the above-captioned case has been set for a scheduling conference before the Honorable Michael H. Watson:

Thursday, November 4, 2004, at 9:00 am
Room 740 Potter Stewart U.S. Courthouse

Michael H. Watson
United States District Judge


    s/Barbara A. Crum
Courtroom Deputy

cc:    All Counsel
bac    October 27, 2004