IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

ANDREA L. NGO,                        :    Case No. C-1-00-961

    Plaintiff,                    :    Judge Watson

                                   :

vs.

                                   :    **NOTICE OF APPEARANCE OF COUNSEL**

CITY OF CINCINNATI et al.,           :

                                   :

    Defendants.

                                   :

    Notice is hereby given that William C. Hicks, Assistant City Solicitor, is entering an appearance in the above captioned case as trial attorney for Defendants City of Cincinnati et al.

                                                       Respectfully submitted,

                                                       **JULIA L. McNEIL (0043535)**
                                                       City Solicitor

                                                       */s/ William C. Hicks*___
                                                       **WILLIAM C. HICKS (0068565)**
                                                       Assistant City Solicitor
                                                       Room 214, City Hall
                                                       801 Plum Street
                                                       Cincinnati, Ohio 45202
                                                       (513) 352-3613
                                                       FAX: (513) 352-1515
                                                       Trial Counsel for Defendants

**CERTIFICATE OF SERVICE**

      I hereby certify on November 3, 2004, a true and accurate copy of the foregoing Notice of Appearance of Counsel was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system and copies will be mailed to those parties who are not served via the Court's electronic filing system. Parties may access this filing through the Court's system.

                                /s/ William C. Hicks
                                **WILLIAM C. HICKS(0068565)**