# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

Andrea L. Ngo,
    Plaintiff(s),

v.

City of Cincinnati, et al.,
    Defendant(s).

Case No. 1:00cv961
(Watson, J.)

## CALENDAR ORDER

Pursuant to a scheduling conference held this date, the above captioned case shall proceed as follows:

1. Rule 26(f) Report: **November 18, 2004**

2. Third Amended Complaint: **November 25, 2004**

3. Dispositive Motion Deadline: **January 7, 2005**

4. Cross motions in limine: **February 15, 2005**

5. Joint Final Pretrial Order: **March 17, 2005**

6. Final pretrial conference: **March 22, 2005, at 1:30 pm, Room 740**

7. Proposed Jury Instructions: **April 18, 2005**

8. Jury Trial: **April 25, 2005, at 9:30 am, Courtroom to be determined**

Date  11/4/04

November 4, 2004
bac

_/s/ Michael H. Watson_
Michael H. Watson
United States District Judge