David E. Hardin    (0066415)
Attorney for Andrea Ngo

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| ANDREA L. NGO, | : | CASE NO. : C-1-00-961 |
| Plaintiff, | : | |
| | | Judge Watson |
| vs. | : | |
| | | PLAINTIFF'S INITIAL |
| THE CITY OF CINCINNATI, et al., | : | DISCLOSURES |
| | | PURSUANT TO RULE 26 |
| Defendants. | : | |

I.  **INITIAL DISCLOSURES**

  A.  **Name, Address and Telephone Number of Persons Having Discoverable Information:**

  1.  Andrea Ngo
      1697 Atson Lane
      Cincinnati, Ohio  45205

  2.  Beverly Head
      1600 Gest Street
      Cincinnati, Ohio  45204

  3.  Tara Williams
      1600 Gest Street
      Cincinnati, Ohio  45204

  4.  Ty Gouda
      1600 Gest Street
      Cincinnati, Ohio  45204

  5.  Tim O'Kane
      1600 Gest Street
      Cincinnati, Ohio  45204

6. Louise Schramm
   1600 Gest Street
   Cincinnati, Ohio  45204

7. Kathy Gordon Jackson
   c/o  Cincinnati Water Works
   4747 Spring Grove Avenue
   Cincinnati, Ohio  45232

8. Debby Newman
   1600 Gest Street
   Cincinnati, Ohio  45204

9. Gerald Beverly
   1600 Gest Street
   Cincinnati, Ohio  45204

10. Michael Nalley
    c/o City of Cincinnati
    801 Plum Street
    Cincinnati, Ohio  45202

11. Ben Cohee
    1600 Gest Street
    Cincinnati, Ohio  45204

12. Dennis Madden
    1600 Gest Street
    Cincinnati, Ohio  45204

13. Robert Hill
    1600 Gest Street
    Cincinnati, Ohio  45204

14. Annie Sierra
    1600 Gest Street
    Cincinnati, Ohio  45204

15. Dante Raneses, M.D.
    5944 Colerain Avenue
    Cincinnati, Ohio  45239

    **B.**    **Documents, Date Compilations and Tangible Things**

A copy of all documents in the possession of the Plaintiff relating to her claims are available to Defendant upon formal request. Plaintiff will forward medical records to opposing counsel as they become available.

    **C.**    **Computation of Damages**

Plaintiff is still treating with her treating psychiatrist, Dr. Raneses. Further, she lost wages during the operative time period, including at least four Absent without Leave (AWOL). The true computation of lost wages will also take into account promotions she has lost due to alleged discriminatory treatment. These figures will determined as additional discovery is obtained.

    **D.**    **Insurance Agreement**

None

## II. DISCLOSURE OF EXPERT TESTIMONY

    **A.**    **Identities of Experts**

Dante Raneses, M.D., 5944 Colerain Avenue, Cincinnati, Ohio  45239

## III. PRE-TRIAL DISCLOSURES

    **A.**    **Witnesses**

It is not anticipated any witnesses will be called by the Plaintiff other than those identified in I.A. of these disclosures. However, counsel for Plaintiff reserves the right to supplement this list if additional persons become known who have knowledge or information concerning any issue joined herein.

    **B.**    **Desposition Testimony**

Dr. Raneses will testify by deposition.

    **C.**    **Identification of Documents or Exhibits**

It is not anticipated any documents or exhibits will be used other than those previously

identified above. Counsel for Plaintiff reserves the right to supplement this list of exhibits/documents in the event additional documents/exhibits are produced during the course of discovery.

                        Respectfully submitted,

                        /s/ *David E. Hardin*
                        David E. Hardin   (0066415)
                        Attorney for Plaintiff Andrea L. Ngo
                        915 Cincinnati Club Building
                        30 Garfield Place
                        Cincinnati, Ohio 45202-4322
                        (513) 721-7300
                        (513) 721-7008 (fax)

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 18, 2004, I electronically filed the foregoing with the Clerk of Courts using the CM/ECF system which will send notification of such filing to Augustine Giglio, Assistant City Solicitor.

                        /s/ *David E. Hardin*
                        David E. Hardin   (0066415)