# Civil Service Commission Minutes
## Cincinnati, Ohio

**December 16, 2004**
The Civil Service Commission met in regular session in Room 307, Council Chambers, on Thursday, December 16, 2004. Mr. Dan Radford presided. Also in attendance were Mr. Robert Braddock and Ms. Margaret Allen. Commission staff present included Ms. Carole Callahan, Assistant Civil Service Secretary; and Ms. Ornita Horsley, Recording Secretary.

Since minutes from the December 9, 2004 meeting had been circulated among the members, a motion to dispense with a reading of the minutes was passed and the minutes were approved as written.

At the request of the appellant, a continuance has been granted for William Lewis concerning his dismissal from the Public Services Department.

**Request from the Parks Department for the exceptional appointment of Emily Widmer as an Urban Forestry Specialist**
The staff recommended approval of this request. After review and discussion, the Commission approved the request. The decision was based on the fact that Ms. Widmer is qualified and the Commission previously approved this title for exceptional appointment.

**Request from the Police Department for the exceptional appointment of Roger Schuster as a Computer Programmer Analyst**
The staff recommended approval of this request. After review and discussion, the Commission approved the request. The decision was based on the fact that Mr. Schuster is qualified and the Commission previously approved this title for exceptional appointment.

**Request from the Buildings and Inspections Department for the promotion without exam of Darryl Edwards from Inspector Trainee to Inspector 1**
The staff recommended approval of this request. After review and discussion, the Commission approved the request. The decision was based on the fact that Mr. Edwards has received his certification.

**Request from the Public Services Department for the voluntary demotion of Sandra Wiggins from Public Works Assistant Superintendent to Supervising Management Analyst**
The staff recommended approval of this request. After review and discussion, the Commission approved the request. The decision was based on the fact that Ms. Wiggins' position has been eliminated in the budget process and she is qualified to fill the position of Supervising Management Analyst.

**Request from the Human Resources Department for the temporary promotion of Debra Schoenig from Senior Human Resources Analyst to Supervising Human Resources Analyst**
The staff recommended approval of this request. After review and discussion, the Commission approved the request. The decision was based on the fact that a testing and classification supervisor is needed and Ms. Schoenig will fill the position until a permanent appointment is made.

Civil Service Commission Minutes               December 16, 2004
Cincinnati, Ohio                                         Page 2

**Request from the Board of Education concerning layoff compliance**
The Civil Service Commission and the Board of Education concur that all clerical employees working 77%, 80%, 89%, and 100% schedules are all considered full time employees. Any layoff would be done according to their respective retention points.

**Request from individuals concerning the Civil Engineering Technician 2 & 3 exams**
The Civil Service Commission heard concerns regarding the recently held Civil Engineering Technician 2 & 3 promotional exams. The original lists that had been posted were incorrect  and did not include cut scores for each of the individual components. Additionally, the scores had to be standardized (Z scores) since there were various testing methods used for the individual components. Six candidates and their Union representative addressed the Commission questioning the weights for the components, calculation of Z scores, and a request that the original lists be used to fill vacancies. While the staff apologized for the error  in grading and recognizes the stress caused by the error, the staff does not agree that individuals not receiving a passing score on the individual components should be included on the revised eligible list. After much discussion, consideration and deliberation of the facts, the Civil Service Commission agreed that the revised lists would be used to fill current vacancies. Since the Metropolitan Sewer District has indicated that they will need even more candidates to fill their vacancies, the exam will again be posted. Those candidates who did not pass the test will again have the opportunity to compete.

Pending Items


Appeals to be scheduled:
Douglas Springs
Verna Woods
William Lewis