

# CINCINNATI CIVIL SERVICE

## Promotional Eligible List

Exam Title: **LAB TECH 3**

Examination No: **99 - 48**
Date Held: **SEPTEMBER 28, 1999**
Approved and Posted: **OCTOBER 18, 1999**
Expiration Date: **OCTOBER 17, 2001**

Applicants 11
Rejects 2
Competitors 7
Passers 5
Failures 2
Failed to Appear 2
Withdrew 0

| Rank | Grade | Name | Dept Div | Race/Sex | Certifications | Date Promoted |
|---|---|---|---|---|---|---|
| 1. | 86.59 | KATHY M GORDON-JACKSON | MSD | BF → including 12½ pts of seniority | | |
| 2. | 81.61 | DEBORAH C NEWMAN | MSD | WF | | |
| 3. | 77.53 | ANDREA L NGO | MSD | OF | | |
| 4. | 72.43 | TIMOTHY P O'KANE | MSD | WM | | |
| 5. | 72.43 | NANCY A WENISCH | MSD | WF | | |

exh. 13

| | |
|---|---|
| From: | Ngo, Andrea L. |
| Sent: | Thursday, November 15, 2001 9:45 AM |
| To: | Head, Beverly |
| Cc: | Gouda, Ty; Davis, James E (MSD); Williams, Tara; Jones, Karen L (MSD); Boyle, Jim; Karney, Patrick; Ngo, Andrea L. |
| Subject: | RE: Lab Tech 3 Eligible list |

Beverly,

Thank you for your information. I checked it myself at home and found out Tim O'Kane gave us (Ty, Jim D. and me) a wrong information (he messed it with the chemist exam validation date). I also figured out you purposely delayed (for more than 6 months) your decision on the chemist choice until my eligibility for the Lab Tech 3 promotion expires.

In addition, I would like to take this "opportunity" to remind you again (this one is the 8th reminder) that my 16 hours of SWP of pay period 12/2000 are not paid yet, even Ty gave you (on 8/21/2001) the doctor's note and the F-25 (that shows your approval) after you said you lost them and wanted me to provide their copies to you.

        Andrea

-----Original Message-----

| | |
|---|---|
| From: | Head, Beverly |
| Sent: | Wednesday, November 14, 2001 3:45 PM |
| To: | Ngo, Andrea L. |
| Cc: | Gouda, Ty; Davis, James E (MSD); Williams, Tara; Jones, Karen L (MSD) |
| Subject: | Lab Tech 3 Eligible list |

Andrea,

I found my copy of the Lab Tech 3 Eligible list. I am placing a copy on the mail for you. The list was approved and posted on October 18, 1999. As you can see it expired on October 17, 2001.

If we have the Lab Tech 3 position and are allowed to fill it, the Labor-Management Agreement requires that we advertise the position first as a transfer, then request an exam if no one is selected from the transfer pool.

If I should get different information, I will let you know.

Beverly

1



# CINCINNATI CIVIL SERVICE

## Promotional Eligible List

| | |
|---|---|
| Exam Title: | **CHEMIST** |
| Examination No: | **01 - 07** |
| Date Held: | **MARCH 8, 2001** |
| Approved and Posted: | **MARCH 28, 2001** |
| Expiration Date: | **MARCH 27, 2003** |

| | |
|---|---|
| Applicants | 30 |
| Rejects | 1 |
| Competitors | 23 |
| Passers | 10 |
| Failed Written | 13 |
| Failed to Appear | 6 |
| Withdrew | 0 |

| Rank | Grade | Name | Dept/Div | Race/Sex | Certifications | Date Promoted |
|---|---|---|---|---|---|---|
| 1. | 82.67 | LOUISE A SCHRAMM | MSD | WF | | |
| 2. | 80.63 | DIANE G WARRINGTON | MSD | WF | | |
| 3. | 76.63 | MICHAEL W TYREE | WW | WM | | |
| 4. | 76.43 | DEBORAH C NEWMAN | MSD | WF | | |
| 5. | 75.43 | BEN E COHEE | MSD | WM | | |
| 6. | 74.59 | MICHELLE B NELSON | MSD | WF | | |
| 7. | 73.15 | LEIF E HAYDON | MSD | WM | | |
| 8. | 72.31 | CATHERINE J SIMPSON | MSD | WF | | |
| 9. | 68.55 | GAIL M LONG-COOK | HEALTH | WF | | |
| 10. | 65.55 | ANDREA L NGO | MSD | OF | | |

13a