City of Cincinnati
801 Plum Street
Cincinnati, OH 45202

Pay Group: GEN-AFSCME, Trades, Hourly   Advice #: 0154148
Pay Begin Date: 07/09/2000
Pay End Date: 07/22/2000                  Advice Date: 08/01/2000

Andrea L. Ngo
1697 Atson Ln
Cincinnati, OH 45205

Employee ID: 12087
Department: 4604000-DIW-Laboratory
Location: MSD-DIV OF INDUSTRIAL WASTE
Job Title: Laboratory Technician 2
Pay Rate: $14.925730 Hourly*

TAX DATA:           Federal   OH State
Marital Status:     Married   Married
Allowances:         2         2
Addl. Pct.:
Addl. Amt.:

### HOURS AND EARNINGS

| Description | Rate | Current Hours | Current Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Regular Earnings | 14.925730 | 80.00 | 1,194.06 | 1129.10 | 16,852.66 |
| Overtime @ Time & a Half | | 0.00 | 0.50 | | 11.19 |
| Vacation | | 0.00 | 80.00 | | 1,194.06 |
| Birthday Holiday | | 0.00 | 8.00 | | 119.41 |
| Absent Without Leave X | | 0.00 | 16.00 | | 0.00 |
| Comp-Time Earned | | 0.00 | 2.25 | | 0.00 |
| Comp-Time Taken | | 0.00 | 1.70 | | 25.38 |
| Sick With Pay | | 0.00 | 45.20 | | 674.64 |
| **Total:** | | 80.00 | 1,194.06 | 1282.75 | 18,877.34 |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 54.13 | 875.25 |
| Fed FICA - MHI | 17.31 | 273.72 |
| OH Withholdng | 18.88 | 306.73 |
| OH Cincinnati Withh | 25.08 | 396.49 |
| **Total:** | 115.40 | 1,852.19 |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| STATE Deferred Comp - Re | 286.15 | 4,306.15 |
| City Pension @ 2.5% | 83.58 | 1,320.57 |
| **Total:** | 369.73 | 5,626.72 |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Local 1543 Union Dues | 13.28 | 212.48 |
| **Total:** | 13.28 | 212.48 |

### EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| Anthem PPO/CC | 57.03 | 855.45 |
| CarePlan Dent/Visn | 50.25 | 402.00 |
| City Pension @ 2.5% | 83.58 | 1,320.57 |

* Taxable

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current: | 1,194.06 | 824.33 | 115.40 | 383.01 | 695.65 |
| YTD: | 18,877.34 | 13,250.62 | 1,852.19 | 5,839.20 | 11,185.95 |

### YTD LEAVE HOURS

| Description | Beg. Bal | + Earned | - Used | +/- Adjusted | - Sold | = Cur. Bal | Max. Accrual |
|---|---|---|---|---|---|---|---|
| Vacation | 88.80 | 64.00 | 80.00 | | | 72.80 | 237 |
| Sick | 159.30 | 64.00 | 45.20 | | | 178.10 | |
| Comp | 7.00 | | 1.70 | 2.25 | | 7.55 | |

### NET PAY DISTRIBUTION

Advice #0154148 .......... 695.65

**Total:** 695.65

MESSAGE: P#16-Auction 8/5-Sanitation Incinerator Bldg,3320 Millcreek.View@8AM-Auction@9AM

* = Job titles with "EXM" are FLSA exempt; hourly pay is for computational purposes only





NON-NEGOTIABLE

DIRECT DEPOSIT NOTIFICATION
Deposit Amount: $695.65

FOR:
*Andrea L. Ngo*

| DATE | ADVICE |
|---|---|
| 08/01/2000 | 0154148 |

### DIRECT DEPOSIT DISTRIBUTION

| Account Type | Account Number | Deposit Amount |
|---|---|---|
| Checking | 3297216 | $695.65 |
| **Total:** | | $695.65 |

234

City of Cincinnati
801 Plum Street Room 202
Cincinnati, OH 45202

Pay Group: GEN-AFSCME, Trades, Hourly
Pay Begin Date: 02/16/2003
Pay End Date: 03/01/2003
Advice #: 0519609
Advice Date: 03/11/2003

Andrea L. Ngo
1697 Atson Ln
Cincinnati, OH 45205

Employee ID: 12087
Department: 4604000-DIW-Laboratory
Location: MSD-DIV OF INDUSTRIAL WASTE
Job Title: Laboratory Technician 2
Pay Rate: $16.309748 Hourly*

TAX DATA:
| | Federal | OH State |
|---|---|---|
| Marital Status: | Married | Married |
| Allowances: | 2 | 2 |
| Addl. Pct.: | | |
| Addl. Amt.: | | |

### HOURS AND EARNINGS

| Description | Rate | Current Hours | Current Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Regular Earnings | 16.309748 | 63.90 | 1,042.19 | 311.90 | 5,087.01 |
| Absent Without Leave | 16.309748 | 8.00 | 0.00 | 8.00 | 0.00 |
| Sick With Pay | 16.309748 | 8.00 | 130.48 | 8.00 | 130.48 |
| Vacation | 16.309748 | 0.10 | 1.63 | 64.10 | 1,045.45 |
| Birthday Holiday | | | 0.00 | 8.00 | 130.48 |
| Total: | | 80.00 | 1,174.30 | 400.00 | 6,393.42 |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 6.34 | 80.26 |
| Fed MED/EE | 17.03 | 92.60 |
| OH Withholdng | 8.26 | 58.30 |
| OH CINCINNATI Withh | 24.66 | 134.26 |
| Total: | 56.29 | 365.42 |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Blue Access Health Plan | 7.50 | 37.50 |
| State Deferred Comp > 50 | 538.46 | 2,692.30 |
| City Pension @ 2.5% | 82.20 | 447.52 |
| Total: | 628.16 | 3,177.32 |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Local 1543 Union Dues | 14.38 | 71.90 |
| Total: | 14.38 | 71.90 |

### EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| Blue Access Health Plan | 88.50 | 442.50 |
| CarePlan Dent/Visn | 55.75 | 167.25 |
| City Pension @ 2.5% | 82.20 | 447.52 |

* Taxable

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current: | 1,174.30 | 546.14 | 56.29 | 642.54 | 475.47 |
| YTD: | 6,393.42 | 3,216.10 | 365.42 | 3,249.22 | 2,778.78 |

### YTD LEAVE HOURS

| Description | Beg. Bal + | Earned - | Used +/- | Adjusted - | Sold = | Cur. Bal | Max.Accrual |
|---|---|---|---|---|---|---|---|
| Vacation | 120.80 | 20.00 | 64.10 | | | 76.70 | 237 |
| Sick | 189.10 | 20.00 | 8.00 | | | 201.10 | |
| Comp | 5.15 | | | | | 5.15 | |

### NET PAY DISTRIBUTION

Advice #0519609    475.47
Total:    475.47

MESSAGE: PP#5-March is Red Cross Month. Together, we can save a life. 579-3000 for Info.

* = Job titles with "EXM" are FLSA exempt; hourly pay is for computational purposes only





**NON-NEGOTIABLE**

DIRECT DEPOSIT NOTIFICATION
Deposit Amount: $475.47

FOR:
*Andrea L. Ngo*

| DATE | ADVICE # |
|---|---|
| 03/11/2003 | 0519609 |

### DIRECT DEPOSIT DISTRIBUTION

| Account Type | Account Number | Deposit Amount |
|---|---|---|
| Checking | 3297216 | $475.47 |
| Total: | | $475.47 |

24c

Certificate To Return To Work/School

Name: ANDREA NGO

has been under my care from 5/31/00 to _____

and will be able to return to work/school on 6/2/00

Limitations/Remarks: Patient has dizzy spells & respiratory headache. + missed work 5/25/00 & 5/26/00

Dr. MANESES   Phone 385-4757
Address 5944 Colerain Ave   Date 5/31/00
CINCINNATI OH 45239

**allegra®**
fexofenadine HCl 60mg capsules

**allegra-D®**
fexofenadine HCl 60mg / pseudoephedrine HCl 120mg extended-release tablets

50019223/98230202/3549S8    ©1998, Hoechst Marion Roussel, Inc.

23d

-----Original Message-----
**From:** Boyle, Jim
**Sent:** Friday, June 02, 2000 8:00 AM
**To:** Jones, Karen L; Head, Beverly
**Cc:** Gouda, Ty; Ngo, Andrea L
**Subject:** sup 12

Karen,
Andrea has submitted a doctor's note for 5/25/00 - 5/26/00.
Please make the following corrections in the Supplemental for pay period #12.

5/25/00 change 8hrs AWL to 8 hrs SWP.
5/26/00 change 8hrs AWL to 8 hrs SWP.

FORM 25 STORES 5/95  CBU

# CITY OF CINCINNATI
## APPLICATION FOR LEAVE OF ABSENCE

**Employee Name:** ANDREA L. NGO
**Social Security No.:** 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
**Badge Number:**

**Beginning Date:** 10-25-99
**Ending Date:** 10-28-99
**Total Work Hours:** 28.80
**Off days if other than Saturday and Sunday:** ALL

**Type of Leave:**

Leave With Pay
- ☐ Vacation
- ☒ SWP (Sick With Pay)*
- ☐ SAD (Sick Pay Death)*
- ☐ SPF (Sick Pay Family)*
- ☐ SPM (Sick Pay Maternity)
- ☐ FFD (Firefighter's Death)
- ☐ SPI (Sick Pay Injury)*
- ☐ IWP (Injury With Pay)*
- ☐ DNT (Donated Time)
- ☐ PWP (Military Training)
- ☐ PWP (Jury)
- ☐ PWP (Union)
- ☐ PWP (Pre-Induction)
- ☐ PWP (Terminal Leave)*
- ☐ Holiday
- ☐ Compensatory Time
- ☐ Other _____*

Leave Without Pay
- ☐ LWP (Sick Without Pay)*
- ☐ WP (Leave Without Pay)*
- ☐ LWP (Injured Without Pay)*
- ☐ LWP (Maternity)
- ☐ LWP (Absent Without Leave)*
- ☐ Tardy*
- ☐ Suspension

**Reason** (if "Type of Leave" is asterisked or of more than one type, or request is not routine.)

HEADACHE & DIZZINESS due to STRESS AT WORK

**Specify relationship of relative if SPD or SPF**

**If illness or injury:**
Physician's name _____
Next Dr.'s appointment _____
Was illness or injury caused by outside job? Yes ___ No ___

**Special instructions to employee:**
- ☐ Medical certificate requested.
- ☐ Must telephone again if absence continues. When? _____
- ☐ Other _____

**Address and telephone during absence if other than permanent address**

**If leave is requested by telephone:**
Person making call _____
Relationship to employee _____

**Request received by:** ALMA & TY GOUDA
**Date:** 10/25/99  **Time:** 9:15 AM

---

## CERTIFICATE TO RETURN TO WORK OR SCHOOL

Mr / Mrs / Ms  ANDREA NGO

was under my care from 10/25/99 to _____
and will be able to return to work/school on 10/29/99

Remarks: Patient is under a lot of stress at work. She is known to have hypertens. & now with stress related tension headache.

Dr RANES   Phone 385-4757
Address 5544 Colerain Ave   Date 10/25/99
CINCINNATI OH 45239

Lilly

F  0040-3  PRINTED IN USA  10009307-69790  Copyright ©1997 ELI LILLY AND COMPANY  All Rights Reserved

**APPROVED** / DISAPPROVED _____ Ty Gouda _____
Immediate Supervisor / Section Head

**APPROVED** / DISAPPROVED _____
Division Head   Department Head

# PAY PERIOD # 23

```
******* DIVISION OF INDUSTRIAL WASTE *****************
Punch Detail Report                                    Page 0001
Previous pay period                                    11/02/1999 11:43a


NGO, ANDREA L.                   12087
     ID IN   Dept ACTIVITY  OUT        ID IN   Dept ACTIVITY  OUT    TOTALS
Sun 10/17 Unscheduled                                                 8.00    8.00
Mon 10/18   636a             303p                                     8.00   16.00
Tue 10/19   631a             259p                                     8.00   24.00
Wed 10/20   632a             301p                                     8.00   32.00
Thu 10/21   634a             301p                                     8.00   40.00
Fri 10/22   627a             304p
Sat 10/23 Unscheduled
Sun 10/24 Unscheduled
Mon 10/25   630a             945a*E                                   3.20   43.20
Mon 10/25   945a AWL                                                  4.80
Tue 10/26   630a AWL                                                  8.00
Wed 10/27   630a AWL                                                  8.00
Thu 10/28   630a AWL                                                  8.00
Fri 10/29   625a             256p                                     8.00   51.20
Sat 10/30 Unscheduled
- Audit Suppressed -

Acct:4604        REG:  51.20    AWL:  28.80  TOTALHRS:  80.00
```

EMPLOYEE SIGNATURE: _Andrea L.H. Ngo_

SUPERVISOR'S APPROVAL: _[signature]_

21b

```
******  DIVISION OF INDUSTRIAL WASTE  ******                                    Page 0011
Punch Detail Report
Previous pay period                                                          PAY PERIOD #12
Acct:4604, all pay rules, all Timekeeper terminal groups

NGO, ANDREA L.         12087
        ID IN   Dept ACTIVITY     OUT         ID IN   Dept ACTIVITY   OUT     TOTALS
Sun 05/14 Unscheduled                                                           8.00
Mon 05/15  633a                   300p                                          8.00
Tue 05/16  630a                   300p                                          8.00   48.00
Wed 05/17  633a                   302p                                          8.00
Thu 05/18  635a                   303p                                          8.00
Fri 05/19  635a                   301p                                          8.00
Sat 05/20 Unscheduled                                                           8.00   40.00
Sun 05/21 Unscheduled                                                           8.00
Mon 05/22  635a                                                                 8.00
Tue 05/23  635a                                                                 8.00
Wed 05/24  643a *L                301p                                          7.80
Wed 05/24  630a CTT+N             301p                                          0.20
Thu 05/25  630a AWL)              301p                                          7.80   56.00
Fri 05/26  630a AWL) XX                                                         8.00
Sat 05/27 Unscheduled                                                           8.00   63.80
  - Audit Suppressed -                                                                 40.00

Acct:4604                         REG:     63.80    AWL:   16.00     CTT:  0.20
                              TOTAL HRS:   80.00
```

EMPLOYEE SIGNATURE: _Andrea A. H. Ngo_

SUPERVISOR'S APPROVAL: _____

23a

| Employee Name | Social Security No. | Badge Number |
|---|---|---|
| ANDREA L. NGO | 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 | |

| Type of Leave: | Beginning Date | Ending Date | Total Work Hours | Off days if other than Saturday and Sunday |
|---|---|---|---|---|
| Leave With Pay | 5-25-00 | 5-26-00 | 16 | |

- ☐ Vacation
- ☒ SWP (Sick With Pay)*
- ☐ SAD (Sick Pay Death)*
- ☐ SPF (Sick Pay Family)*
- ☐ SPM (Sick Pay Maternity)
- ☐ FFD (Firefighter's Death)
- ☐ SPI (Sick Pay Injury)*
- ☐ IWP (Injury With Pay)*
- ☐ DNT (Donated Time)
- ☐ PWP (Military Training)
- ☐ PWP (Jury)
- ☐ PWP (Union)
- ☐ PWP (Pre-Induction)
- ☐ PWP (Terminal Leave)*
- ☐ Holiday
- ☐ Compensatory Time
- ☐ Other _____*

Leave Without Pay
- ☐ LWP (Sick Without Pay)*
- ☐ LWP (Leave Without Pay)*
- ☐ LWP (Injured Without Pay)*
- ☐ LWP (Maternity)
- ☐ LWP (Absent Without Leave)*
- ☐ Tardy*
- ☐ Suspension
- ☐ Other _____*

*See "Reason" Block Above

**Reason** (if "Type of Leave" is asterisked or of more than one type, or request is not routine.)

Headache & dizziness

Specify relationship of relative if SPD or SPF _____

If illness or injury:
Physician's name _____
Next Dr.'s appointment _____
Was illness or injury caused by outside job? Yes ___ No ___

Special instructions to employee:
- ☐ Medical certificate requested.
- ☐ Must telephone again if absence continues. When? _____
- ☐ Other _____

Address and telephone during absence if other than permanent address

If leave is requested by telephone:
Person making call — Self
Relationship to employee _____

Request received by: Tara Williams & Answering machine & Gion Nguyen & Annie Sierra
Date 5/25-26   Time ~7:00 AM/PM

Employee Signature & Title (not necessary for telephone requests, except SPI beyond 5 days)
Andrea L.H. Ngo    Lab Tech 2

Report and recommendation of immediate supervisor and/or section head (use reverse side if more space is needed.) See Section 3.2, Personnel Policies and Procedures for details on various leave policies.

(1st) Instance

APPROVED / DISAPPROVED _____ Tara Willi_____ Immediate Supervisor / Section Head

APPROVED / DISAPPROVED _____ Division Head / Department Head

23 b

FORM 25 pages 5/95  CCSO

# CITY OF CINCINNATI
## APPLICATION FOR LEAVE OF ABSENCE

| Employee Name | Social Security No. | Badge Number |
|---|---|---|
| ANDREA L. NGO | 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 | |

| Type of Leave: | Beginning Date | Ending Date | Total Work Hours | Off days if other than Saturday and Sunday |
|---|---|---|---|---|
| **Leave With Pay** | 5-25-00 | 5-26-00 | 16 | |

**Leave With Pay**
- ☐ Vacation
- ☒ SWP (Sick With Pay)*
- ☐ SAD (Sick Pay Death)*
- ☐ SPF (Sick Pay Family)*
- ☐ SPM (Sick Pay Maternity)
- ☐ FFD (Firefighter's Death)
- ☐ SPI (Sick Pay Injury)*
- ☐ IWP (Injury With Pay)*
- ☐ DNT (Donated Time)
- ☐ PWP (Military Training)
- ☐ PWP (Jury)
- ☐ PWP (Union)
- ☐ PWP (Pre-Induction)
- ☐ PWP (Terminal Leave)*
- ☐ Holiday
- ☐ Compensatory Time
- ☐ Other _____*

**Leave Without Pay**
- ☐ LWP (Sick Without Pay)*
- ☐ LWP (Leave Without Pay)*
- ☐ LWP (Injured Without Pay)*
- ☐ LWP (Maternity)
- ☐ LWP (Absent Without Leave)*
- ☐ Tardy*
- ☐ Suspension
- ☐ Other _____*

*See "Reason" Block Above

Reason (if "Type of Leave" is asterisked or of more than one type, or request is not routine.)

Headache & dizziness

Specify relationship of relative if SPD or SPF

If illness or injury:

Physician's name _____

Next Dr.'s appointment _____

Was illness or injury caused by outside job? Yes ___ No ___

Special instructions to employee:
- ☐ Medical certificate requested.
- ☐ Must telephone again if absence continues. When? _____
- ☐ Other _____

Address and telephone during absence if other than permanent address

If leave is requested by telephone:

Person making call __Self__

Relationship to employee _____

Request received by: Tara Williams & Answering machine & Gran Nguyen & Annie Sierra
Date 5/25-26  Time ~7:00 AM/PM

Employee Signature & Title (not necessary for telephone requests, except SPI beyond 5 days)

Andrea L.H. Ngo   Lab Tech 2

Report and recommendation of immediate supervisor and/or section head (use reverse side if more space is needed.) See Section 3.2, Personnel Policies and Procedures for details on various leave policies.

(1st) Instance

| (APPROVED) DISAPPROVED | Tara Willi____ Immediate Supervisor | [signature] Section Head | (APPROVED) DISAPPROVED | BBH/pg Division Head | Department Head |
|---|---|---|---|---|---|

FORM 25 STORES 5/95 CBU

# CITY OF CINCINNATI
## APPLICATION FOR LEAVE OF ABSENCE

| Employee Name | Social Security No. | Badge Number |
|---|---|---|
| Andrea L. Ma[illegible] | [illegible] 76-1347 | |

| Beginning Date | Ending Date | Total Work Hours | Off days if other than Saturday and Sunday |
|---|---|---|---|
| 2/11/03 | 2/20/03 | 16 | |

**Type of Leave:**

**Leave With Pay**
- ☐ Vacation
- ☒ SWP (Sick With Pay)*
- ☐ SAD (Sick Pay Death)*
- ☐ SPF (Sick Pay Family)*
- ☐ SPM (Sick Pay Maternity)
- ☐ FFD (Firefighter's Death)
- ☐ SPI (Sick Pay Injury)*
- ☐ IWP (Injury With Pay)*
- ☐ DNT (Donated Time)
- ☐ PWP (Military Training)
- ☐ PWP (Jury)
- ☐ PWP (Union)
- ☐ PWP (Pre-Induction)
- ☐ PWP (Terminal Leave)*
- ☐ Holiday
- ☐ Compensatory Time
- ☐ Other _____*

**Leave Without Pay**
- ☐ LWP (Sick Without Pay)*
- ☐ LWP (Leave Without Pay)*
- ☐ LWP (Injured Without Pay)*
- ☐ LWP (Maternity)
- ☐ LWP (Absent Without Leave)*
- ☐ Tardy*
- ☐ Suspension
- ☐ Other _____*

*See "Reason" Block Above

**Reason** (if "Type of Leave" is asterisked or of more than one type, or request is not routine.)

Suffering from headache and dizziness
(doctor's note attached)

Specify relationship of relative if SPD or SPF

**If illness or injury:**

Physician's name _____

Next Dr.'s appointment _____

Was illness or injury caused by outside job? Yes ___ No ___

**Special instructions to employee:**
- ☐ Medical certificate requested.
- ☐ Must telephone again if absence continues. When? _____
- ☐ Other _____

Address and telephone during absence if other than permanent address

**If leave is requested by telephone:**

Person making call _____

Relationship to employee _____

**Request received by:**
_____
Date _____ Time _____ AM/PM

**Employee Signature & Title** (not necessary for telephone requests, except SPI beyond 5 days)

Report and recommendation of immediate supervisor and/or section head (use reverse side if more space is needed.) See Section 3.2, Personnel Policies and Procedures for details on various leave policies.

| APPROVED ☐ | | APPROVED ☐ | 24a |
|---|---|---|---|
| DISAPPROVED _____ Immediate Supervisor | Section Head | DISAPPROVED _____ Division Head | Department Head |

**Excused Absence Form**

Andrea Ngo

may return to work/school on:

was seen in our office on 2-20-03. Please excuse her for 2-19-03 & 2-20-03 due to illness. MD.

_____
Signature of Physician

Comments: Any Questions feel free to call 251-7777.

**RIVERSIDE MEDICAL CENTER**
**PRICE HILL**
929 ENRIGHT
CINCINNATI, OH 45205
TEL: (513) 251-7777
FAX: (513) 251-7750

**OMNICEF.**
(cefdinir)
capsules and for oral suspension

Abbott Laboratories Inc.
North Chicago, IL 60064

24b

# CITY OF CINCINNATI
# APPLICATION FOR LEAVE OF ABSENCE

| Employee Name | Social Security No. | Badge Number |
|---|---|---|
| ANDREA L. NGO | 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 | |

| Type of Leave: | Beginning Date | Ending Date | Total Work Hours | Off days if other than Saturday and Sunday |
|---|---|---|---|---|
| Leave With Pay | 11/19/99 | 11/19/99 | 8 | |

**Type of Leave:**

Leave With Pay
- ☒ Vacation
- ☐ SWP (Sick With Pay)*
- ☐ SAD (Sick Pay Death)*
- ☐ SPF (Sick Pay Family)*
- ☐ SPM (Sick Pay Maternity)
- ☐ FFD (Firefighter's Death)
- ☐ SPI (Sick Pay Injury)*
- ☐ IWP (Injury With Pay)*
- ☐ DNT (Donated Time)
- ☐ PWP (Military Training)
- ☐ PWP (Jury)
- ☐ PWP (Union)
- ☐ PWP (Pre-Induction)
- ☐ PWP (Terminal Leave)*
- ☐ Holiday
- ☐ Compensatory Time
- ☐ Other _____*

Leave Without Pay
- ☐ LWP (Sick Without Pay)*
- ☐ LWP (Leave Without Pay)*
- ☐ LWP (Injured Without Pay)*
- ☐ LWP (Maternity)
- ☐ LWP (Absent Without Leave)*
- ☐ Tardy*
- ☐ Suspension
- ☐ Other _____*

*See "Reason" Block Above

**Reason** (if "Type of Leave" is asterisked or of more than one type, or request is not routine.)

Specify relationship of relative if SPD or SPF

If illness or injury:
Physician's name _____
Next Dr.'s appointment _____
Was illness or injury caused by outside job? Yes ___ No ___

Special instructions to employee:
☐ Medical certificate requested.
☐ Must telephone again if absence continues. When? _____
☐ Other _____

Address and telephone during absence if other than permanent address

| If leave is requested by telephone: | Request received by: |
|---|---|
| Person making call _____ | TARA WILLIAMS |
| Relationship to employee _____ | Date 11/19/99  Time 8:15  (AM)/PM |

Employee Signature & Title (not necessary for telephone requests, except SPI beyond 5 days)

Andrea L.H. Ngo    Lab Tech 2

Report and recommendation of immediate supervisor and/or section head (use reverse side if more space is needed.) See Section 3.2, Personnel Policies and Procedures for details on various leave policies.

\* Plants were stolen from desk

\* Reported to Police on 11/22 case #(39910001)

11/22/99

APPROVED ✓
DISAPPROVED _____
Immediate Supervisor  Section Head

APPROVED
DISAPPROVED _____
Division Head    Department Head

25a