

# Ohio Department Of Commerce
## DIVISION OF LABOR AND WORKER SAFETY

50 West Broad Street
28th and 29th Floors
Columbus, Ohio 43215

**Bob Taft**
Governor

**Gary C. Suhadolnik**
Director

---

September 1, 2000

Andrea L. Ngo
1697 Atson Lane
Cincinnati, OH 45205

Dear Ms. Ngo:

This letter is in response to your request for written information regarding decorative or fresh flowers in the laboratory. The first area which should be addressed is the status of your coverage under our program. In the letter it didn't state if your place of employment was with a Public employer such as the City, County, State, or a private employer. For coverage under the Ohio Public Employment Risk Reduction Program you must be a public sector employee. If you are not a Public sector employee, you should contact your Federal OSHA office regarding this matter.

After reviewing the information that you provided to us in your letter and comparing it with the requirements in the OSHA Occupational exposure to hazardous chemicals in laboratories standard (29 CFR 1910.1450), <u>the placement of plants in the laboratory does not appear to violate any section of the standard</u>. This determination is based on the information that you provided us, and that the laboratory in question is in the Public sector.

I hope this information is responsive to your concerns. Thank you for your interest in worker safety and health.

If you wish additional information, or if we can help you further, we encourage you to contact us at (614) 644-2246 or toll free at 1-800-671-6858.

Sincerely,

*[signature]*

Troy P. Cale
Industrial Hygienist

TPC:par