Ngo, Andrea L.

| | |
|---|---|
| **From:** | Williams, Tara |
| **Sent:** | Monday, April 10, 2000 9:25 AM |
| **To:** | Gouda, Ty |
| **Cc:** | Ngo, Andrea L. |
| **Subject:** | lachat |

Ty,

The nutrient section is experiencing technical problems due to the old (slow) instrument computer and excessive maintenance of the autosampler, manifold, heating unit, and pump. If possible we would like to send the lachat 8000 unit back to the company for general maintenance and receive a loner instrument in exchange to continue sample analysis. Secondly it would be of the utmost benefit if a new instrument computer could be installed.

**Williams, Tara**

**To:** stonejl
**Cc:** ngoal; goudat
**Subject:** novell

Johnny

Andrea Ngo cannot log into novell. Please investigate the problem and log her on as a new user.

1/7/2000

1