```
[29] From: Tara Williams 2/26/98 8:40AM (2539 bytes: 1 ln)
To: Gerald Beverly, Andrea L. Ngo
Receipt Requested
cc: Ty Gouda, James Davis, Beverly Head
Subject: Designation of duties
----------------------------- Message Contents -----------------------------
```

Text item 1: Text_1

Effective monday march 9,1998 the following changes will be obserced in the nutrient section. Assigned duties will be as follows;

Gerald Beverly
_____

Gerald will be responsible for all aspects of TKN preparation, analysis and review.This entails the following;

1. Creation of TKN worklist
2. Retrieval of samples from sample check-in
3. Digestion of samples
4. Analysis of samples
5. Review of calibration
6. Review of QC for the batch
7. Review of peak height,shape,integration
8. Completion of coversheet for each batch analyzed.
9. Preparation of all reagents and standards pertaining to TKN prep and analysis.

Andrea L. Ngo
_____

Andrea will be responsible for all NH3/NO3 analysis. This includes the following;

1. Creation of worklist for NH3
2. Retrieval of samples from sample check-in
3. Analysis of samples
4. Review of calibration
5. Review of QC for the batch
6. Completion of coversheet for each batch analyzed
7. Review of peak height,shape,and integration
8. Preparation of reagents and standards for NH3/NO3

Assigned days for analysis
_____

M  T  -  NH3/NO3              Fridays will be changed
W  TH -  TKN                  periodically at the discretion

original

To Whom It May Concern

This is to testify that when I worked in the Nutrients Lab - for two years - with Andrea Ngo, my assignment was to

1. Print out Total Nitrogen & Total Phosphorus work-lists, get samples from the sample check-in lab.
2. Prepare reagents for the analyses of Total Nitrogen, Total Phosphorus.
3. Store samples in refrigerator and dump them after expiration date (from 700 to 1000 samples per month).
4. Digest samples for Total Nitrogen and Total Phosphorus analyses.
5. Analyze these samples for Total Nitrogen and Total Phosphorus.

At the same time, Andrea Ngo's assignment was to:

1. Print out Nitrite+Nitrate, Ammonia work-lists. Get the samples from samples check-in lab.
2. Prepare reagents for Nitrite+Nitrate, Ammonia analyses.
3. Store samples in refrigerator and dump them after expiration.
4. Analyze samples for Nitrite+Nitrate, Ammonia analyses.
5. Keep records of analyzed samples.

Ms. Tara Williams was our supervisor. She entered the data to the Laboratory Information Monitoring System (LIMS).

7/31/2000

*[signature: Gerald Beverly]*

Gerald Beverly
Phone: 513-557-7068 (Work)

15

**Ngo, Andrea L.**

| | |
|---|---|
| **From:** | Williams, Tara |
| **Sent:** | Monday, January 24, 2000 9:58 AM |
| **To:** | Ngo, Andrea L. |
| **Cc:** | Gouda, Ty; Davis, James E |
| **Subject:** | fecal analysis |

Andrea,

You are required to do the fecal analysis for the week beginning January 24, 2000 to January 28, 2000. If you have any questions or concerns with the analysis please direct your concerns to Wanda Harney at ext. 7036.

**Ngo, Andrea L.**

| | |
|---|---|
| From: | Head, Beverly |
| Sent: | Friday, December 28, 2001 10:18 AM |
| To: | Garg, Achal; Wright, Terry; Ngo, Andrea L.; Tramble, Natasha |
| Cc: | Gouda, Ty; Boyle, Jim; Williams, Tara; Harney, Wanda; Davis, James E (MSD) |
| Subject: | Chemical Hygiene Plan Audit Team |

Achal, Terry, Andrea, Natasha,

We are establishing a team that will perform and audit of the Lab's Chemical Hygiene plan. I am assigning you to participate on that team. You will be working with MSD's Safety section and will make recommendations to me and Ty for changes, upgrades, etc. If you do not have a copy of the plan, see Ty or Jim Davis for one. Please familiarize yourself with the document.

A meeting will be scheduled for the second week in January for further instructions. Please see me if you have any questions.

Supervisors, please make sure this activity is added to the goals for the performance appraisals of these individuals.

Beverly

```
Author:   Andrea L. Ngo at MSD-DIW
Date:     10/8/99  7:33 AM
Priority: Normal
Subject:  Helping Secretaries
```

Ty,

This is about you asked me to work as receptionist in early morning from 6 to 8:30 am, once or twice a week. I checked with Alma Jones, she said she is willing to come early but they- Karen Jones and Beverly Head- don't let her do that. What's wrong with them? If Alma comes early and Karen stays until 4:30 pm, the reception problem is solved! In team spirit, we can help them to solve their problem not to do their job. You too, you don't have to run around to look for someone to do their work, Beverly and Karen should take care of their business.

When people think carefully and with common sense, act promptly, behave correctly and work right, they shouldn't have problem and we won't be bothered!

                       Andrea