"Exhibit 7"

# Civil Service Commission Minutes
## Cincinnati, Ohio

**December 9, 2004**

Since only one Commissioner was able to be present for the meeting, Mr. Braddock indicated that the Commission meeting would have to be cancelled. Issues will be rescheduled for next week's meeting. Those issues that had to be decided this week due to exam schedules were heard, along with the consent docket, and Ms. Margaret Allen was consulted. Commission staff present included Ms. Carole Callahan, Assistant Civil Service Secretary.

---

The Civil Service Commission will reschedule a hearing for Verna Woods concerning her suspension from the Water Works Department.

---

The Civil Service Commission has scheduled a hearing for Caroline Walker for January 6, 2005 at 9:00 a.m. concerning her dismissal from the Board of Education.

---

**Request from the Metropolitan Sewer District for the promotion without exam of Michael Neale from Plant Operator 2 to Plant Operator 2 with license**
The staff recommended approval of this request. After review and discussion, the Commission approved the request. The decision was based on the fact that Mr. Neale has received his professional license.

**Request from the Metropolitan Sewer District for the promotion without exam of Michael Kinman from Plant Operator 1 to Plant Operator 2 with license**
The staff recommended approval of this request. After review and discussion, the Commission approved the request. The decision was based on the fact that Mr. Kinman has received his professional license.

**Request from the Parks Department to extend the probation of Kari Kleiner as a Florist**
The staff recommended approval of this request. After review and discussion, the Commission approved the request. This decision was based on the fact that due to an injury Ms. Kleiner is unable to perform the full range of duties.

**Request from Stephen Pharo to appeal his rejection from the Supervisor of Maintenance exam**
The staff recommended denial of the request. After review and discussion, the Commission denied the request. The decision was based on the fact that Mr. Pharo is not in an eligible classification.

**Request from Daryl Ross to appeal his rejection from the Supervisor of Maintenance exam**
The staff recommended denial of this request. After review and discussion, the Commission denied the request. The decision was based on the fact that Mr. Ross is not in an eligible classification.

Civil Service Commission Minutes  
Cincinnati, Ohio

December 9, 2004  
Page 2

**Request from Jennifer Harten to appeal her rejection from the Supervisor of Maintenance exam**

The staff recommended denial of this request. After review and discussion, the Commission denied the request. The decision was based on the fact that Ms. Harten is not in an eligible classification.

**Request from Jack Dudley, Kevin Longino, James Wood and Robert Yates regarding the grading of the Civil Engineering Technician promotional examination**

Ms. Margaret Key explained that the exam had to be regarded and that the results were correct. She apologized for the error. Candidates were able to check with Ms. Key as to their exam results. Anyone still having questions could address the Commission next week.

Pending Items

Appeals to be scheduled:  
Douglas Springs  
Verna Woods

# Civil Service Commission Minutes
## Cincinnati, Ohio

**December 2, 2004**
The Civil Service Commission met in regular session in Room 307, Council Chambers, on Thursday, December 2, 2004. Mr. Dan Radford presided. Also in attendance was Mr. Robert Braddock. Ms. Margaret Allen was absent. Commission staff present included Mr. Rodney Prince, Civil Service Secretary; Ms. Carole Callahan, Assistant Civil Service Secretary.

Since minutes from the November 18, 2004 meeting had been circulated among the members, a motion to dispense with a reading of the minutes was passed and the minutes were approved as written. **There was no meeting held on November 25, 2004.**

**ELIGIBLE LISTS**
- Parks/Recreation Maintenance Crew Leader – promotional

The Civil Service Commission met in regular session on December 2, 2004, 9:00 a.m. to hear the appeal of Joseph Lee concerning his suspensions from the Recreation Department. The City was represented by Tom Harris, Assistant City Solicitor. The appellant requested a continuance due to the fact that he has moved and did not receive the notice of hearing until December 1, 2004. The Commission granted a continuance.

**Request from the Water Works Department for the promotion without exam of Michael Bolds from Plant Operator 1 to Plant Operator 2 with license**    ) X X X
The staff recommended approval of this request. After review and discussion, the Commission approved the request. The decision was based on the fact that Mr. Bolds has received his OEPA Class I Water Supply license.

**Request from the Water Works Department for the promotion without exam of Jeffery Wiehe from Plant Operator 2 with Class I license to Plant Operator 2 with Class II license**    ) X X X
The staff recommended approval of this request. After review and discussion, the Commission approved the request. The decision was based on the fact that Mr. Wiehe has received his OEPA Class II Water Supply license.

**Request from the Public Services Department for the promotion without exam of Thomas Mahoney from an Electrical Maintenance Worker 1 to an Electrical Maintenance Worker 2**    ) X X X
The staff recommended approval of this request. After review and discussion, the Commission approved the request. The decision was based on the fact that Mr. Mahoney has successfully completed one year of service as an Electrical Maintenance Worker 1. This is in compliance with the Civil Service Commission decision of August 30, 2001 for the Traffic Services Section.

**Request to transfer Gloria Williams to the Metropolitan Sewer District from the Citizen Complaint Authority as a Senior Administrative Specialist**
The staff recommended approval of this request. After review and discussion, the Commission approved the request. The decision was based on the elimination of the position from the Citizen Complaint Authority.

**Civil Service Commission Minutes**  
**Cincinnati, Ohio**

December 2, 2004  
Page 2

**Request from the Police Department for the voluntary demotion of Leah Lackey-Watts from a Clerk Typist 3 to a Clerk Typist 2**

The staff recommended approval of the request. After review and discussion, the Commission approved the request. The decision was based on the fact that all parties are agreeable to the voluntary demotion in response to an accommodation request by Ms. Lackey-Watts.

**Request from the Police Department for the reinstatement of Mark Henriques as an Operator Dispatcher in the Police Department**

The staff recommended approval of this request. After review and discussion, the Commission approved the request. This decision was based on the fact that Mr. Henriques left in good standing and there is no eligible list.

**Request from Steven Bower for a make-up date for the Police Recruit Physical Ability test**

The staff recommended denial of this request. After review and discussion, the Commission denied the request. The decision was based on the fact that there are no make-up sessions scheduled. If a session is scheduled, Mr. Bower will be contacted.

**Request from the Metropolitan Sewer District to add a Senior Administrative Specialist position to their table of organization**

The staff recommended approval of this request. After review and discussion, the Commission approved the request. This decision was based on the fact that the duties and responsibilities are consistent with the proposed title.

**Request from Regina Hood to address the Commission concerning her job classification study**

The Commission took this matter under advisement from the November 4, 2004 meeting. Ms. Hood submitted a great deal of material to be reviewed. After review and discussion, the Commission believes that Ms. Hood is properly classified. They accept that she does a good job and performs a large amount of work, but believe it is within the scope of her classification.

**Request from the Police Department to remove Chauncey Prude from the Police Sergeant eligible list**

The staff recommended approval of this request. After review and discussion, the Commission approved the request. The decision was based on the fact that Officer Prude has been indicted and is currently on suspension.

Pending Items

Appeals to be scheduled:  
Douglas Springs  
Caroline Walker