# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

Andrea L. Ngo,
    Plaintiff(s),

v.

Case No. 1:00cv961
(Watson, J.)

City of Cincinnati, et al.,
    Defendant(s).

## JUDGMENT IN A CIVIL CASE

[ ]    **JURY VERDICT**: This action came before the Court for a trial by jury. The issues have been tried and the Jury has rendered its verdict.

[X]    **DECISION BY COURT**: This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**: Defendants' Motion to Dismiss is granted in part and denied in part; and Defendants' Motion for Summary Judgement is granted on Plaintiff's remaining claims as consistent with the Judge's Order of February 25, 2005. Plaintiff's complaint is dismissed with prejudice and stricken form the docket of this Court.

Date: February 25, 2005

    James Bonini, Clerk
    Clerk

By:     S/Barbara A. Crum
Deputy Clerk