# United States District Court for the Southern
## District of Ohio - Western Division

Andrea L. Ngo

1697 Atson Lane

Cincinnati, Ohio   45205

**Plaintiff,**

vs.

CASE NO. 1:00cv961

City of Cincinnati, et al.

c/o Julia McNeil, Solicitor

Room 214, City Hall, 801 Plum Street

Cincinnati, Ohio   45202   **Defendant.**

JUDGE WATSON

# NOTICE OF APPEAL

Notice is hereby given that ___Andrea L. Ngo___, hereby appeal
(here name all parties taking the appeal)

to the United States Court of Appeals for the Sixth Circuit from ___Final Clerk's___
(the final judgment) (from an

___Judgment___ entered in this action on the ___25th___ day of
order (describing it))

___February___, 2005.

(s) _Andrea L. H. Ngo_

Address: 1697 Atson Lane

Cincinnati, Ohio   45205

513-921-5152

e-mail: lienhoangngo@yahoo.com

Attorney for ~~~~~~~~~~~~~~~~

cc: Opposing Counsel ___
    Court of Appeals ___

6CA-3
1/99