# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

Andrea L. Ngo,

    Plaintiff(s),

v.

                                 Case No. 1:00cv961

                                 (Judge Michael H. Watson)

City of Cincinnati, et al.,

    Defendant(s).

### DEFICIENCY ORDER

On March 24, 2005, plaintiff Andrea L. Ngo filed a Notice of Appeal in the within action. (Doc. 45). However, plaintiff failed to pay the $255 filing fee or to submit an application and affidavit to proceed on appeal without prepayment of fees.

It is therefore **ORDERED** that plaintiff submit an application and affidavit to proceed without prepayment of fees or pay the full filing fee of $255 within thirty (30) days of the date of this Order. If plaintiff/appellant fails to comply with this Order, the Court of Appeals may dismiss the appeal for want of prosecution pursuant to Fed. R. App. 3(a).

A copy of this Order shall be sent to the Clerk of the Sixth Circuit Court of Appeals.

**IT IS SO ORDERED.**

Date: Oct. 5, 2005

                                                      Michael H. Watson
                                                      United States District Court