Case No. 05-3397

**UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT**



FILED
JAMES BONINI
CLERK

05 NOV 17 PM 12:20

ANDREA L. NGO

Plaintiffs - Appellants

v.

CITY OF CINCINNATI

Defendant - Appellee

ORDER

F I L E D
NOV 1 6 2005
LEONARD GREEN, Clerk

Appellant having previously been advised that failure to satisfy certain specified obligations would result in dismissal of the case for want of prosecution and it appearing that the appellant has failed to satisfy the following obligation(s):

> The proper fee was not paid or a financial statement filed in accordance with the district court's order by 11/4/05 .

It is therefore **ORDERED** that this cause be, and it hereby is, dismissed for want of prosecution.

ENTERED PURSUANT TO RULE 45(a),
RULES OF THE SIXTH CIRCUIT

Leonard Green, Clerk