UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

1:00-cv-961

ORDER  Judge Watson

ANDREA L. NGO

    Plaintiffs - Appellants

v.

CITY OF CINCINNATI

    Defendant - Appellee

FILED
JAN 3 1 2006
LEONARD GREEN, Clerk

06 FEB -1 AM 11:30

Upon consideration of the appellant's motion to reinstate appeal,

It is ORDERED that the motion be and it hereby is GRANTED and the appeal is returned to the active docket.

    ENTERED PURSUANT TO RULE 45(a),
    RULES OF THE SIXTH CIRCUIT.
    Leonard Green, Clerk

**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT
100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

LEONARD GREEN
CLERK

MS. MICHELLE M. DAVIS
(513) 564-7025
(FAX) 564-7098
www.ca6.uscourts.gov

Filed: January 31, 2006

Augustine Giglio
City Solicitor's Office
for the City of Cincinnati
801 Plum Street
Suite 214 City Hall
Cincinnati, OH 45202

Andrea L. Ngo
1697 Atson Lane
Cincinnati, OH 45205

RE: 05-3397
Ngo vs. City of Cincinnati
District Court No. 00-00961

Enclosed is a copy of an order which was entered today in the above-styled case.

Leonard Green, Clerk

(Ms.) Michelle M. Davis
Case Manager

Enclosure

cc:
Mr. James Bonini