# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

No: 05-3397

FILED
JAMES DOHINI
CLERK

06 AUG 28 PM 1:53

Filed: August 25, 2006

ANDREA L. NGO

    Plaintiffs - Appellants

00-961

v.

CITY OF CINCINNATI

    Defendant - Appellee


### MANDATE

Pursuant to the court's disposition that was filed 8/3/06 the mandate for this case hereby issues today.

COSTS: None

Filing Fee ...........$
Printing ............$

    Total ........$

A True Copy.

Attest:

_____
Deputy Clerk

**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT
100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

LEONARD GREEN
CLERK

MS. MICHELLE M. DAVIS
(513) 564-7025
(FAX) 564-7098
www.ca6.uscourts.gov

Filed: August 25, 2006

James Bonini
Southern District of Ohio at Cincinnati
100 E. Fifth Street
Suite 103 Potter Stewart U.S. Courthouse
Cincinnati, OH 45202

RE: 05-3397
    Ngo vs. City of Cincinnati
    District Court No. 00-00961

Enclosed is a copy of the mandate filed in this case.

Very truly yours,
Leonard Green, Clerk

(Ms.) Michelle M. Davis
Case Manager

cc:
    Honorable Michael H. Watson
    Mr. William C. Hicks
    Andrea L. Ngo